**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENRIQUE ISMAEL SALDANA,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　Respondent. | ) Case No. CV 14-4643-JVS (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>) |

　　　The Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: May 6, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE