# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ISMAEL SALDANA, | Case No. CV 14-4643-JVS (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 6, 2015

JAMES V. SELNA
U.S. DISTRICT JUDGE